MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: randall.luskey@usdoj.gov

Attorneys for the United States

FILED

JUN - 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR HUGO SANCHEZ, MILTON GAMEZ FIERRO, JAMEX EUGENIO CORONEL, PAMELA LUNA, ALEJANDRO PARRA-SOLORIA, JAIME BARRERA OREGEL<br><br>    Defendants. | No. CR 12-70449-MAG<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 15, 2012 TO JULY 13, 2012 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

    On May 4, 2012, Magistrate Judge Donna M. Ryu set a date of June 15, 2012 for preliminary hearing or arraignment for defendants PARRA-SOLORIA, FIERRO, LUNA, and OREGEL. The government produced paper discovery to the defendants on May 4, 2012. After the protective order was in place, the government worked with a third-party vendor to make available to the defendants the electronic discovery (comprised of approximately 40 CDs containing audio and video recordings). As of today's date, the defendants have just recently secured CJA approval to pay for and obtain the electronic discovery from the third-party vendor. Defense counsel will need additional time to review the electronic discovery with their respective clients in order to

make a fully informed decision about whether to agree to a pre-Indictment resolution or to proceed with their defenses. After discussions between the government and counsel for the defendants, FIERRO, LUNA, OREGEL and PARRA-SOLORIA now believe it is in their best interests to postpone the preliminary hearing date to July 13, 2012 in order to afford them additional time to review, translate and synthesize the discovery materials in this case. With the agreement of FIERRO, LUNA, OREGEL and PARRA-SOLORIA and the government, and with the consent of FIERRO, LUNA, OREGEL and PARRA-SOLORIA, the Court enters this order scheduling an arraignment or preliminary hearing date of July 13, 2012 at 9:30 a.m. before the duty magistrate judge, and documenting the waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 15, 2012 to July 13, 2012 as to defendants FIERRO, LUNA, OREGEL and PARRA-SOLORIA. The parties agree, and the Court finds and holds, as follows:

1. FIERRO, LUNA, OREGEL and PARRA-SOLORIA agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. FIERRO, LUNA, OREGEL and PARRA-SOLORIA waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for FIERRO, LUNA, OREGEL and PARRA-SOLORIA believe that postponing the preliminary hearing is in their clients' best interests, and that it is not in their clients' interest for the United States to indict the case during the normal timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 15, 2012 to July 13, 2012 as to defendants FIERRO, LUNA, OREGEL and PARRA, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on July 13, 2012 at 9:30 a.m., and (2) orders that

the period from June 15, 2012 to July 13, 2012 as to defendants FIERRO, LUNA, OREGEL and PARRA, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: June 5, 2012  /s/
CHRISTOPHER CANNON
Attorney for Defendant ALEJANDRO PARRA-SOLORIA

DATED: June 5, 2012  /s/
BRIAN BERSON
Attorney for Defendant PAMELA LUNA

DATED: June 5, 2012  /s/
DAVID ANDERSEN
Attorney for Defendant MILTON GAMEZ FIERRO,

DATED: June 5, 2012  /s/
RANDY S. LUSKEY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/5/12

HON. KANDIS A. WESTMORE
United States Magistrate Judge