1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   RANDY S. LUSKEY (CABN 240915)
    Assistant United States Attorney

5

6       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
        Telephone:  (415) 436-7200

7       Fax: (415) 436-7234
        E-Mail: randall.luskey@usdoj.gov

8

    Attorneys for the United States

9

10              UNITED STATES MAGISTRATE COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. ~~CR~~ 4-12-70449-MAG
                                     )
14          Plaintiff,               )   [~~PROPOSED~~] ORDER AND
                                     )   STIPULATION FOR CONTINUANCE
15      v.                           )   FROM JULY 13, 2012 TO AUGUST 8,
                                     )   2012 AND EXCLUDING TIME FROM
16  VICTOR HUGO SANCHEZ, MILTON      )   THE SPEEDY TRIAL ACT
    GAMEZ FIERRO, JAMEX EUGENIO      )   CALCULATION (18 U.S.C. §
17  CORONEL, PAMELA LUNA,            )   3161(h)(8)(A)) AND WAIVING TIME
    ALEJANDRO PARRA-SOLORIA, JAIME   )   LIMITS UNDER RULE 5.1
18  BARRERA OREGEL                   )

19          Defendants.

20      _____

21      On June 5, 2012, Magistrate Judge Kandis Westmore set a date of ~~August 8~~ July 13, 2012 for

22  preliminary hearing or arraignment for defendants PARRA-SOLORIA, FIERRO, LUNA, and

23  OREGEL.  Throughout June of 2012, the government has made available to the defendants the

24  electronic discovery (comprised of approximately 40 CDs containing audio and video

25  recordings).  As of today's date, the defendants have just recently obtained, and are in the process

26  of translating the electronic discovery in this case.  Defense counsel will need additional time to

27  review the electronic discovery with their respective clients in order to make a fully informed

28  decision about whether to agree to a pre-Indictment resolution or to proceed with their defenses.

After discussions between the government and counsel for the defendants, FIERRO, LUNA, OREGEL and PARRA-SOLORIA now believe it is in their best interests to postpone the preliminary hearing date to August 8, 2012 in order to afford them additional time to review the discovery materials in this case.  With the agreement of FIERRO, LUNA, OREGEL and PARRA-SOLORIA and the government, and with the consent of FIERRO, LUNA, OREGEL and PARRA-SOLORIA, the Court enters this order scheduling an arraignment or preliminary hearing date of August 8, 2012 at 9:30 a.m. before the duty magistrate judge, and documenting the waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 13, 2012 to August 8, 2012 as to defendants FIERRO, LUNA, OREGEL and PARRA-SOLORIA.  The parties agree, and the Court finds and holds, as follows:

1.   FIERRO, LUNA, OREGEL and PARRA-SOLORIA agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2.   FIERRO, LUNA, OREGEL and PARRA-SOLORIA waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4.   Counsel for FIERRO, LUNA, OREGEL and PARRA-SOLORIA believe that postponing the preliminary hearing is in their clients' best interests, and that it is not in their clients' interest for the United States to indict the case during the normal timeline established in Rule 5.1.

5.   The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 13, 2012 to August 8, 2012 as to defendants FIERRO, LUNA, OREGEL and PARRA, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6.   Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on August 8, 2012 at 9:30 a.m., and (2) orders that the period from  July 13, 2012 to August 8, 2012 as to defendants FIERRO, LUNA, OREGEL

1   and PARRA, be excluded from the time period for preliminary hearings under Federal Rule of

2   Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A)

3   & (B)(iv).

4

5   IT IS SO STIPULATED:

6

7   DATED: July 12, 2012                    _____/s/_____
                                            CHRISTOPHER CANNON
8                                           Attorney for Defendant ALEJANDRO PARRA-SOLORIA

9

10  DATED: July 12, 2012                    _____/s/_____
                                            BRIAN BERSON
11                                          Attorney for Defendant PAMELA LUNA

12

13  DATED: July 12, 2012                    _____/s/_____
                                            DAVID ANDERSEN
14                                          Attorney for Defendant MILTON GAMEZ FIERRO,

15  DATED: July 12, 2012                    _____/s/_____
                                            RANDY S. LUSKEY
16                                          Assistant United States Attorney

17

18  IT IS SO ORDERED.

19

20  DATED: July 12, 2012                    _____
                                            HON. DONNA M. RYU
21                                          United States Magistrate Judge

22

23

24

25

26

27

28

3